UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEL THOMPSON** ( | |
| ( | **CASE NO.3:10 CV 00071 (JBA)** |
| **Plaintiff** ( | |
| ( | |
| ( | |
| **-against-** ( | |
| ( | **MAY 4, 2011** |
| ( | |
| **SAM RIZZITELLI, et al** ( | |
| **Defendants** ( | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT DAN SEXTON

1. Standard for summary judgment has been met by the defendants admissions and evidence to support these admissions.

2. Probable cause standard for summary judgment has been met by the defendants admissions and evidence to support these admissions.

3. The settlement agreement establishes probable cause

4. There are no material facts in dispute.

5. The plaintiff has prepared a memorandum of law to support this motion.

6. The plaintiff respectfully request that this motion be granted.

    /s/  Mel Thompson,J.D.
**MEL THOMPSON, J.D.**
58 MARSHALL LANE
DERBY, CT 06418
203-549-5686
mel@melthompsonjd.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, by Email, first class mail, or hand to the following:

Attorney John Sponheimer
277 Wakelee Ave
Ansonia, CT 06401

Elio C.C. Morgan
Law Office of Elio C.C. Morgan
1100 New Britain Ave Suite 107
West Hartford, CT 06110

Dan Sexton
41 McLaughlin Terr
Derby, CT 6418

   /s/  Mel Thompson,J.D.
**MEL THOMPSON, J.D.**
**58 MARSHALL LANE**
**DERBY, CT 06418**
**203-549-5686**
**mel@melthompsonjd.com**