UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEL THOMPSON**   ( | |
| ( | **CASE NO.3:10 CV 00071 (JBA)** |
| **Plaintiff**   ( | |
| ( | |
| ( | |
| **-against-**   ( | |
| ( | **JUNE 18, 2011** |
| ( | |
| **SAM RIZZITELLI, et al**   ( | |
| **Defendants**   ( | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANTS JOHN ORAZIETTI,
RON SILL AND JOYCE SILL**

The plaintiff moves for summary judgment against defendants John Orazietti, Ron Sill and Joyce Sill for the following reasons:

1) The defendants have failed to file an answer and affirmative defenses

2) There are no material facts in dispute

3) The plaintiff has prepared a memorandum of law in support of this motion

4) The plaintiff respectfully request that this motion be granted.

   /s/  Mel Thompson,J.D.
**MEL THOMPSON, J.D.
58 MARSHALL LANE
DERBY, CT 06418
203-549-5686
melthompsonjd@yahoo.com**

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent, by Email, first class mail, or hand to the following:

Attorney John Sponheimer
277 Wakelee Ave
Ansonia, CT 06401

Elio C.C. Morgan
Law Office of Elio C.C. Morgan
1100 New Britain Ave Suite 107
West Hartford, CT 06110

Dan Sexton
41 McLaughlin Terr
Derby, CT 6418


   /s/  Mel Thompson,J.D.
**MEL THOMPSON, J.D.
58 MARSHALL LANE
DERBY, CT 06418
203-549-5686
melthompsonjd@yahoo.com**