UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Melvin Thompson,<br>    Plaintiff, | : |
| v. | :   NO. 3:10cv71 (JBA) |
| Sam Rizzitelli, et al,<br>    Defendants. | : |

## ENDORSEMENT ORDER

After full review, and absent any objection filed, the Recommended Ruling [Doc. # 172] is APPROVED and ADOPTED as the ruling of this Court, pursuant to 28 U.S.C. §636(b)(1)(B) and D. Conn. L. Civ. R. 72.2(b) of the Local Rules for United States Magistrate Judges (rev. 2003).

Accordingly, Plaintiff's Motion for Summary Judgment [Doc. # 93] and Plaintiff's Motion to Strike Answer to Amended Complaint [Doc. # 101] are DENIED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  February 13, 2012