UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEL THOMPSON,<br><br>     Plaintiff,<br><br>v.<br><br>SAM RIZZITELLI, ET AL.,<br><br>     Defendants. | No. 3:10-CV-0071 (MPS) |

## RULING AND ORDER

On May 16, 2013, the Court issued an Order [doc. # 210] allowing Defendants to file a motion under Rule 37 seeking all reasonable, necessary, and documented expenses incurred in prosecuting the Renewed Motion to Dismiss [doc. # 192].  In response to that Order, on May 27, 2013, Defendants filed a Motion for Payment of Expenses [doc. # 211] ("Defendants' Motion") seeking reimbursement for fees in the amount of $5,975.00, payment of those fees within 30 days of any order allowing such fees, and an order in limine prohibiting Plaintiff from introducing into evidence any matter relating to any discovery request that Plaintiff has failed to answer or respond to.  On June 17, 2013, Plaintiff filed a Partial Objection to Defendants' Motion [doc. # 212] claiming that Defendants' fees were overstated and seeking a reduction in that total amount and an order allowing for weekly payments.  Further, Plaintiff objected to Defendants' request for an order in limine on the ground that the documents that Defendants seek to have precluded from evidence have already been provided to Defendants.

Defendants' Motion is granted in part and denied in part as follows:  First, the Court finds that the amount of fees requested by Defendants is reasonable in light of the work they were required to perform in prosecuting the Renewed Motion to Dismiss and, further, that those

1

expenses are supported by proper documentation.  Accordingly, this Court grants the motion for

payment in full and orders that Plaintiff reimburse Defendants in the amount of $5,975.00.

Second, the Court grants Defendants' request that Plaintiff pay Defendants, through

their respective counsel, the full amount of $5,975.00 within 30 days of the date of this Order.

The Court overrules Plaintiff's objection seeking to allow for weekly payments because Plaintiff

has failed to provide sufficient justification for the allowance of such payments.  Plaintiff may,

however, seek reconsideration of this portion of the ruling by filing, within 10 days of the date of

this Order, a motion for reconsideration with a memorandum of no more than 5 pages attaching

(1) Plaintiff's tax returns from the last three years; (2) proof of Plaintiff's current unemployment;

and (3) a statement as to the dates, employer, position, and salary/wage of Plaintiff's last

employment.  Exhibits #1, 2, and 3 may be filed with a motion to seal in accordance with the

sealing procedures set forth in this Court's Local Rules.

Third, the Court denies, without prejudice, Defendants' request for an order in limine

prohibiting Plaintiff from introducing certain documents into evidence.  Defendants may renew

this request at the time of the filing of the parties' joint trial memorandum.  Counsel should refer

to the Court's Instructions concerning the joint trial memorandum for more information.

IT IS SO ORDERED.

        /s/
Michael P. Shea, U.S.D.J.

Dated:        Hartford, Connecticut
              July 19, 2013